**Order entered July 16, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00019-CV

## IN THE ESTATE OF WILLIAM L. MOORE, JR., DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-0037-2**

# ORDER

Before the Court is appellees' second unopposed motion to extend time to file brief. We

**GRANT** the motion and **ORDER** the brief be filed no later than July 27, 2018. We caution

appellees that further extension requests will be disfavored.


/s/  DAVID EVANS
   JUSTICE